1  Daniel J. Herling (SBN 103711)
   djherling@mintz.com
2  Geoffrey A. Friedman (SBN 302496)
   gafriedman@mintz.com
3  Paige E. Adaskaveg (SBN 330551)
   peadaskaveg@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   44 Montgomery Street, 36th Floor
5  San Francisco, CA 94104
   Tel: 415-432-6000
6  Fax: 415-432-6001

7  Arameh Z. O'Boyle (SBN 239495)
   azoboyle@mintz.com
8  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   2049 Century Park East, Suite 300
9  Los Angeles, CA 90067
   Tel: 310-586-3200
10 Fax: 310-586-3202

11 Adam M. Tschop (SBN 209767)
   atschop@natera.com
12 NATERA, INC.
   201 Industrial Rd., Suite 300
13 San Carlos, CA 94070-2396
   Telephone: 650-980-9190

14
   Attorneys for Defendant NATERA, INC.
15

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  ELIZABETH COPLEY, individually and on behalf of all others similarly situated, | Case No. 4:21-cv-08941-YGR |
| 19            Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT NATERA, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 20       vs. | |
| 21  NATERA, INC., | |
| 22            Defendant. | **(CIVIL L.R. 3-12 AND 7-11)** |
| 23 | Case Assigned to Hon. Yvonne Gonzalez Rogers in Courtroom 1 |
| 24 | |
| 25 | Complaint filed:   November 18, 2021<br>Trial:              TBD |

Before the Court is an administrative motion by Defendant Natera, Inc., pursuant to Civil Local Rules 3-12 and 7-11, to consider whether *Copley v. Natera, Inc.*, Case No. 23-cv-06342-JD and *Copley v. Natera, Inc*., Case No. 4:21-cv-08941-YGR are related.

Having considered the submissions in support of the motion and the standard set forth in Local Rule 3-12, **IT IS HEREBY ORDERED** that the Administrative Motion to Consider Whether Cases Should Be Related is:

   X **GRANTED**, and that Case Nos. 3:23-cv-06342-JD and 4:21-cv-08941-YGR are deemed related. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign Case No. 3:23-cv-06342-JD to the undersigned.

   __ **DENIED**. Case Nos. 3:23-cv-06342-JD and 4:21-cv-08941-YGR are not deemed related.

Dated: January 4, 2024

Honorable Yvonne Gonzalez Rogers
United States District Judge