Kristin J. Moody (SBN 206326)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: kmoody@bermantabacco.com
           avahdat@bermantabacco.com

*Local Counsel for Plaintiff and the Proposed Class*

Patricia I. Avery (admitted *Pro Hac Vice*)
Philip M. Black (SBN 308619)
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email: pavery@wolfpopper.com
           pblack@wolfpopper.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH COPLEY and RACHEL CALCATERRA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATERA, INC.<br><br>Defendant. | Case No.  4:23-cv-06342-YGR<br><br>**NOTICE OF OBJECTION TO SUBPOENA ISSUED BY DEFENDANT NATERA, INC. TO**<br>**LPG OBSTETRICS/GYNECOLOGY** |

**TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to 45 C.F.R. § 164.512(e), Fed. R. Civ. P. 26, and Fed. R. Civ. P. 45, Plaintiff Rachel Calcaterra has objected and continues to object to the subpoena

---

[3:23-CV-06342-YGR] NOTICE OF OBJECTION TO SUBPOENA

1  issued by Defendant, Natera Inc., to LPG Obstetrics/Gynecology, a copy of which is annexed hereto
2  as Exhibit 1 (partially redacted to protect Plaintiff's privacy).
3        The basis for the objection is that the subpoena seeks Plaintiff's personal and sensitive medical
4  information protected by the Health Insurance Portability and Accountability Act ("HIPAA"), which
5  is irrelevant to this matter, and which would subject Plaintiff to annoyance, embarrassment, and/or
6  oppression if disclosed. *See* Fed. R. Civ. P. 26(c); Fed. R. Civ. P. 45(d); 45 C.F.R. § 164.512(e)
7  (individuals whose HIPAA-protected medical records are subpoenaed should "raise an objection to
8  the court or administrative tribunal" in "the litigation or proceeding in which the protected health
9  information is requested").
10       Plaintiff stated her objection to the subpoena to defense counsel via email on May 3, 2024
11 (the day notice was provided to Plaintiff's counsel); by videoconference on May 8, 2024; and again
12 by email on May 10, 2024 and May 17, 2024. Plaintiff also stated her objection to the subpoena to
13 counsel for LPG Obstetrics/Gynecology, through in-house counsel at Lee Memorial Health System,
14 via phone and email on May 23, 2024.

15 DATED: June 3, 2024                    Respectfully submitted,

Kristin J. Moody
Alex S. Vahdat
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: kmoody@bermantabacco.com
      avahdat@bermantabacco.com

*Local Counsel for Plaintiffs and the Proposed Class*

|   |   |
|---|---|
| 1 | **WOLF POPPER LLP** |
| 2 | By:   /s/ *Philip M. Black* |
| 3 |       Philip M. Black |
| 4 | Patricia Avery |
| 5 | 845 Third Avenue |
|   | New York, NY 10022 |
| 6 | Telephone: (212) 759-4600 |
|   | Facsimile: (212) 486-2093 |
| 7 | Email: pavery@wolfpopper.com |
|   |       pblack@wolfpopper.com |
| 8 | |
|   | *Attorneys for Plaintiffs and the Proposed Class* |

# Exhibit 1

# U.S. Legal Support, Inc.

**21051 Warner Center Lane, Suite 230**  
**Woodland Hills, CA 91367**  
**Phone: (949) 296-4531 / E-Mail: westrecords@uslegalsupport.com**

**Work Order #: 367976.001**  
**Access Code: 2038516**  
**Due Date: 06/04/2024 9:00AM**

---

# NOTICE TO PARTIES BEING SUBPOENAED

**TO THE CUSTODIAN OF RECORDS OF:**

LPG Obstetrics/Gynecology - Women & Children's Medical Plaza  
15901 Bass Road, Suite 100  
Fort Myers, FL 33908

**RECORDS REGARDING:**  
Rachel Calcaterra  
DOB: ▇▇▇▇▇▇▇  
SSN: XXX-XX-▇▇▇▇

**1) Remember to sign the enclosed Declaration of Custodian of Records form**

**2) Please include our work order number 367976.001, on all correspondence.**

**3) If radiological films are requested, a complete list of breakdown is required prior to production of films.**

You may satisfy the provisions of this subpoena by complying with any one of the following instructions:

1) Upload the records to **HTTPS://MEDREC.USLEGALSUPPORT.COM** by entering the Work Order Number and Access Code listed on the upper right hand corner of this document.
2) E-Mail the records securely to **westrecords@uslegalsupport.com**
3) Mail your response to our attention, taking the following steps:

    a. Copy the requested records (or duplicate the requested items or materials). If no such records or materials, go to step c.
    b. Contact U.S. LEGAL SUPPORT prior to sending the records if there are any additional fees for producing the records or materials.
    c. Complete the declaration form(the last page in the subpoena packet sent to you) to indicate the records and/or items being sent, or to indicate that you have none of the records and/or requested if they do not exist.
    d. Mail records to: US Legal Support, 21051 Warner Center Lane, Suite 230, Woodland Hills, CA 91367.  Please make sure to include our reference number (found in the upper right hand corner of this notice) on all correspondence you send.

**IF YOU HAVE ANY QUESTIONS REGARDING THE ATTACHED SUBPOENA OR HOW TO RESPOND, PLEASE FEEL FREE TO GIVE US A CALL, (949) 296-4531.**



# ANNOUNCING THE U.S. LEGAL SUPPORT
# MEDREC PORTAL

### A fast and secure way to send records to U.S. Legal Support.

## STEP 1

Go to the website - https://medrec.uslegalsupport.com.
Log in using the order number and access code located in the upper right hand corner on the first page of your request.

## STEP 2

Click browse to select the file you wish to upload. Files may be in any format, but we recommend zipping large files.

> **NOTE:** You have the option to enter an email address to receive confirmation when your file has been received.

## STEP 3

Using the drop down provided, select the type of file you have uploaded and hit submit and confirm the submission. You will receive a message indicating the upload was successful.



If you have questions or need assistance, please call us at **949.296.4531** and we will be happy to assist.

USLEGALSUPPORT.COM   Court Reporting  |  Record Retrieval  |  Interpreting & Translations  |  Trial Services  |  Transcription Services

*U.S. Legal Support operates in all 50 states and is licensed where required. Nevada Firm Registration # 067F.*

1 | Arameh Zargham O'Boyle, Esquire, SBN. 239495
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2 | 2049 Century Park East, Suite 300
Los Angeles, CA 90067
3 | Telephone: (310) 586-3200

4 | Attorneys for Defendant, Natera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Elizabeth Copley, et al., | ) Case No.: 4:23-CV-06342-YGR |
|---|---|
| Plaintiff(s), ) | |
| vs. ) | **NOTICE OF SUBPOENA FOR** |
| Natera, Inc., ) | **PRODUCTION OF DOCUMENTS** |
| Defendant(s), ) | *(Records Only-No Personal Appearance Necessary)* |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Subpoena for Production of documents by the **Custodian of Records** listed below is requested:

**1 -  LPG Obstetrics/Gynecology - Women & Children's Medical Plaza ;  on  06/04/2024 9:00AM**

**15901 Bass Road, Suite 100, Fort Myers, FL 33908**

The Custodian of Records is required to comply with the Federal Rule of Civil Procedure 45(c), (d), (e), and (g). Custodian of Records is to produce true and legible and durable copies of any and all records and documents, charts, tangible items pertaining to said records subject (see attached Subpoena Clause for further details), which are certified by the above named Custodian will be accepted as sufficient compliance by said Custodian.

Dated: 05/03/2024          */S/  Arameh Zargham O'Boyle, Esquire*
                                           Arameh Zargham O'Boyle, Esquire
                                           Attorney for Defendant, Natera, Inc.

WorkOrder#: 367976

| | |
|---|---|
| Elizabeth Copley, et al., | ) Case No.: 4:23-CV-06342-YGR |
| Plaintiff(s), | ) |
| vs. | ) **PROOF OF SERVICE BY MAIL** |
| Natera, Inc., | ) |
| Defendant(s), | ) |

I, Angie Salvatierra, am and was on the date mentioned herein, is over the age of eighteen years and not a party to the within entitled action.

**My business address is: U.S. Legal Support, Inc.**
**21051 Warner Center Ln. Suite 230**
**Woodland Hills, CA 91367**

On <u>05/03/2024</u>  I served true copies of the following documents:

**Notice**
**Subpoena**

To each party appearing in this action, at the address below, by placing true copies thereof enclosed in a sealed envelope in which I mailed to the addressee(s) below with postage fully pre-paid, in the United States Mail.

**Kristin J. Moody, Esquire**
**Berman Tabacco**
**425 California Street, Suite 2300**
**San Francisco, CA  94104**
**Phone: (415) 433-3200**
**E-Mail: kmoody@bermantabacco.com**

**Patricia I. Avery, Esquire**
**Wolf Popper, LLP**
**845 Third Avenue**
**New York, NY  10022**
**Phone: (212) 759-4600**
**E-Mail: pavery@wolfpopper.com**

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

/S/  *Angie Sal—*
Angie Salvatierra
U.S. Legal Support, Inc.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action   WorkOrder#: **367976.001**

# UNITED STATES DISTRICT COURT
for the
NORTHERN District of CALIFORNIA

| **Elizabeth Copley, et al.**, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| Vs. | ) | Civil Action No.: **4:23-CV-06342-YGR** |
| **Natera, Inc.**, | ) | |
| *Defendant* | ) | |
| | ) | |
| | ) | |
| | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  **LPG Obstetrics/Gynecology - Women & Children's Medical Plaza
15901 Bass Road, Suite 100
Fort Myers, FL 33908**

[X] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
**SEE EXHIBIT A.**

| Place: **LPG Obstetrics/Gynecology - Women & Children's Medical Plaza**<br>**15901 Bass Road, Suite 100**<br>**Fort Myers, FL 33908** | Date and Time:<br>**06/04/2024 9:00AM** |
|---|---|

[ ] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry on the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45 (d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **05/03/2024**

*CLERK OF COURT*
                                                                 OR
_____                    *Arameh Zargham O'Boyle, Esquire*
*Signature of Clerk or Deputy Clerk*                      *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Natera, Inc.,** who issues or requests this subpoena, are:**Arameh Zargham O'Boyle, Esquire**,**SBN. 239495** Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. , 2049 Century Park East, Suite 300, Los Angeles, CA 90067 , Phone: (310) 586-3200

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a) (4).

Subpoena to:

LPG Obstetrics/Gynecology - Women & Children's Medical Plaza

**EXHIBIT A**

1. All documents and communications, pertaining to the care, treatment, and examination of Rachel Calcaterra (DOB: ▓▓▓▓, SSN: XXX-XX-▓▓▓, MRN: ▓▓▓▓▓) including, but not limited to: all office, emergency room, inpatient, outpatient, and hospital charts and records, and any and all radiology materials and films, radiology, X-rays, MRI's, and CT scans (a complete list of breakdown from your film library must be provided prior to production of requested films), including all such electronically stored documents, emails and files.

2. All documents and communications pertaining to Rachel Calcaterra (DOB: ▓▓▓▓, SSN: XXX-XX-▓▓▓, MRN: ▓▓▓▓▓), regarding billing charges and insurance records, billing records, explanation of benefits (EOBs), billing off-sets, write-offs, records of payment, amounts paid, and amounts adjusted, including all such electronically stored documents, emails and files.

3. All documents and communications sent to, or received from, Natera regarding Rachel Calcaterra (DOB: ▓▓▓▓, SSN: XXX-XX-▓▓▓ MRN: ▓▓▓▓▓), including all such electronically stored documents, emails and files.

4. All documents and communications sent to, or received from, Natera, including any representatives or agents of Natera, that do not pertain to a particular patient, including documents regarding the pricing and billing of Natera's tests, pre-authorization policies and procedures, the "Price Transparency Program," and a patient's potential out-of-pocket or self-pay price for any Natera test offering, including all such electronically stored documents, emails and files. The time period for this request is July 1, 2019 to November 8, 2023.

5. Documents sufficient to show all information provided to patients regarding Natera testing, including pricing and billing information. The time period for this request is July 1, 2019 to November 8, 2023.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)   WorkOrder#:  **367976.001**

Civil Action No. **4:23-CV-06342-YGR**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for (*name of individual and title, if any*)  **LPG Obstetrics/Gynecology - Women & Children's Medical Plaza**
 on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows *:* **15901 Bass Road, Suite 100, Fort Myers, FL 33908**   on *(date)*_____; or

☐ I returned the subpoena unexecuted because _____
_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____        _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

Case 4:23-cv-06342-YGR   Document 32   Filed 06/03/24   Page 12 of 13

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly
present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**WorkOrder#: 367976.001**

# DECLARATION – Pursuant to Federal Rules of Evidence §902(11)

I hereby declare under penalty of perjury that the following statements are true to the best of my knowledge and belief. I am over the age of 18 and the duly authorized custodian of records for:

## LPG Obstetrics/Gynecology - Women & Children's Medical Plaza

And have the authority to certify that the records made available to US LEGAL SUPPORT INC. for reproducing are all of the records under my custody and control, described and called for in the SUBPOENA/Authorization served with this declaration in the matter relating to said individual or thing pertaining to:

**RECORDS OF:** Rachel Calcaterra

**DATE OF BIRTH:** ▮▮▮

**SOCIAL SECURITY NO.:** XXX-XX-▮▮▮

**HOW ORIGINAL RECORDS WERE PREPARED**

| | |
|---|---|
| ____ **HANDWRITTEN NOTES** | ____ **TYPED/DATA ENTERED** |
| ____ **TRANSCRIBED** | ____ **OTHER** _____ |

**TYPE OF RECORDS PRODUCED**
- ___ **MEDICAL**
- ___ **BILLING**
- ___ **FILMS**
- ___ **INSURANCE**
- ___ **EMPLOYMENT**
- ___ **PAYROLL**
- ___ **SCHOLASTIC**
- ___ **OTHER** _____

Said records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event. I have all of the records/items requested with the following exception(s):

_____

_____

_____

_____     _____
CUSTODIAN NAME (PLEASE PRINT)                          DEPARTMENT

_____     _____
SIGNATURE OF CUSTODIAN                                          DATE

I AM THE ATTORNEY'S REPRESENTATIVE AND I STATE THAT I MADE TRUE COPIES OF ALL THE ORIGINAL RECORDS DELIVERED TO ME BY THE CUSTODIAN OF RECORDS OF THE ABOVE LOCATION.

I DECLARE UNDER PENALTY OF PERJURY & UNDER THE LAWS OF THE STATE OF CALIFORNIA AND THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

_____     _____     _____
DATE                                    SIGNATURE                                   PRINT NAME