| | |
|---|---|
| Daniel J. Herling (SBN 103711)<br>Geoffrey A. Friedman (SBN 302496)<br>Paige E. Adaskaveg (SBN 330551)<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO, P.C.<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Tel: 415-432-6000<br>Fax: 415-432-6001<br>Email: djherling@mintz.com<br>   gafriedman@mintz.com<br>   peadaskaveg@mintz.com | Kristin J. Moody (SBN 206326)<br>Alexander S. Vahdat (SBN 284963)<br>BERMAN TABACCO<br>425 California Street, Suite 2300<br>San Francisco, CA 94104<br>Tel: 415-433-3200<br>Email: kmoody@bermantabacco.com<br>   avahdat@bermantabacco.com<br><br>*Local Counsel for Plaintiff and the Proposed Class* |
| Arameh Z. O'Boyle (SBN 239495)<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Tel: 310-586-3200<br>Fax: 310-586-3202<br>Email: azoboyle@mintz.com | Patricia I. Avery (*pro hac vice* to be filed)<br>Philip M. Black (SBN 308619)<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: 212-759-4600<br>Email: pavery@wolfpopper.com<br>   pblack@wolfpopper.com |
| Adam M. Tschop (SBN 209767)<br>NATERA, INC.<br>201 Industrial Rd., Suite 300<br>San Carlos, CA 94070-2396<br>Tel: 650-980-9190<br>Email: atschop@natera.com | *Attorneys for Plaintiff and the Proposed Class* |

*Attorneys for Defendant Natera, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RACHEL CALCATERRA, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>NATERA, INC.,<br><br>      Defendant. | Case No. 4:23-cv-06342-YGR<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES; AS MODIFIED BY THE COURT**<br><br>Case Assigned to Honorable Yvonne Gonzalez Rogers in Courtroom 1, 4th Floor<br><br>Complaint Filed:   July 10, 2023<br>FAC Filed:         November 8, 2023 |

1   Pursuant to N.D. Civil Local Rules 6-2 and 7-12, Plaintiff Rachel Calcaterra ("Plaintiff") and
2   Defendant Natera, Inc. ("Natera") (collectively, the "Parties"), through their respective counsel,
3   hereby stipulate and agree as follows:
4   WHEREAS, on March 14, 2024, the Court entered the Case Management and Pretrial Order
5   (ECF No. 28) setting the Pretrial Schedule;
6   WHEREAS, no trial date has been set and no hearing on class certification has been
7   scheduled;
8   WHEREAS, the Parties have commenced discovery, including the production of documents
9   by both parties, and responding to written discovery;
10  WHEREAS, the Parties continue to work diligently and collaboratively to pursue discovery
11  and resolve discovery disputes;
12  WHEREAS, although the Parties have worked diligently to complete fact discovery by the
13  December 16, 2024 deadline and will continue to do so, the Parties require additional time to complete
14  discovery. Specifically, the production of documents requires extensive redactions of confidential
15  patient information pertaining to genetic testing, the disclosure of which could violate the Health
16  Insurance Portability and Accountability Act ("HIPAA"), various state genetic privacy laws, and
17  other applicable laws. Moreover, Plaintiff requires additional time to review extensive documents
18  produced by Natera and resolve outstanding deficiencies before proceeding with the depositions
19  Plaintiff has noticed of Natera employees;
20  WHEREAS, this is the first extension of the Pretrial Schedule requested by the Parties;
21  WHEREAS, in light of the foregoing, the Parties hereby stipulate to an extension of the
22  Pretrial Schedule by six months, as set forth below.
23  **WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE**
24  **PARTIES, THAT THE PRETRIAL SCHEDULE BE MODIFIED AS FOLLOWS:**

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | December 16, 2024 | June 16, 2025 |
| Deadline to File Motion for Class Certification and Any | January 31, 2025 | July 31, 2025 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Reports in Support Thereof | | |
| Deadline to File Opposition to Class Certification Motion and Any Expert Reports in Support Thereof | April 30, 2025 | October 30, 2025 |
| Deadline to File Reply in Support of Motion for Class Certification | June 30, 2025 | December 19, 2025 |
| Hearing on Motion for Class Certification | TBD | ~~TBD~~ January 27, 2026 at 2:00 p.m. |
| Deadline to Complete ADR | 30 days after the hearing on the Motion for Class Certification | 30 days after the hearing on the Motion for Class Certification |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Dated: October 30, 2024

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Arameh Z. O'Boyle*
Daniel J. Herling
Arameh Z. O'Boyle
Geoffrey A. Friedman
Paige E. Adaskaveg

Attorneys for Defendant
NATERA, INC.

Dated: October 30, 2024

BERMAN TABACCO

*/s/ Kristin J. Moody*
Kristin J. Moody
Alexander S. Vahdat

Local Counsel for Plaintiffs and the Proposed Class

WOLF POPPER LLP

*/s/ Patricia I. Avery*
Patricia I. Avery (admitted Pro Hac Vice)
Philip M. Black (SBN 308619)

Attorneys for Plaintiffs and the Proposed Class

[NO. 4:23-CV-06342-YGR] JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES

2

## ATTESTATION

I, Patricia I. Avery, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: October 30, 2024          */s/ Patricia I. Avery*
                                 Patricia I. Avery

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: October 30, 2024                    _____
                                              HONORABLE YVONNE GONZALEZ ROGERS
4                                             UNITED STATES DISTRICT JUDGE